NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRK BRANDS, INC., AND GARY J. MORRIS, Ph.D.,**
*Plaintiffs – Appellants,*

v.

**NEST LABS, INC.,**
*Defendant – Appellee.*

---

14-1666

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:13-cv-07900, Circuit Judge Richard A. Posner.

---

ON MOTION

O R D E R

Upon consideration of the Appellants BRK Brands, Inc., and Gary J. Morris unopposed motion to extend time to file their principal brief until November 7, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                                FOR THE COURT

September 5, 2014                       /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

cc: Lynn Jeffery Alstadt
Kevin McGann
Jeffrey J. Oelke
John Padro
Vigen Salmastlian
John P. Scheibler
Bryan J. Sinclair