No. 14-1666

## United States Court of Appeals
### for the Federal Circuit

**BRK BRANDS, INC. & GARY J. MORRIS, PH.D.,**

*Plaintiffs-Appellants*

v.

**NEST LABS, INC.,**

*Defendant-Appellee*

On Appeal from the United States District Court for the Northern District of Illinois
Case No. 1:13-cv-07900, Honorable Richard A. Posner

**JOINT MOTION TO ALLOW FOR A 30-DAY EXTENSION OF TIME TO FILE APPELLANTS' INITIAL BRIEF AND A 17-DAY EXTENSION OF TIME TO FILE APPELLEE'S INITIAL BRIEF**

Plaintiffs-Appellants BRK Brands, Inc. and Gary J. Morris, Ph.D. (collectively, "BRK") and Defendant-Appellee Nest Labs, Inc. ("Nest") hereby move, under FRAP 26(b) and Federal Circuit Rule 26(b), and based on the accompanying Declaration of Bryan J. Sinclair and Declaration of Kevin X. McGann, for a 30-day extension of time for BRK's Initial Brief and a 17-day extension of time for Nest's Initial Brief as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| BRK's Initial Brief | Nov. 7, 2014 | Dec. 8, 2014 |
| Nest's Initial Brief | Jan. 19, 2015 | Feb. 5, 2015 |

All subsequent deadlines will consequently be extended in accordance with the Federal Rules of Appellate Procedure and the Federal Circuit Rules. One prior extension of 45 days for BRK's Initial Brief was granted by the Court on September 5, 2014 (Dkt. 22).

Dated:  October 28, 2014

Respectfully Submitted,

/s/ *Kevin X. McGann*

Kevin X. McGann
kxmcgann@whitecase.com
Jeffrey J. Oelke
joelke@whitecase.com
John P. Scheibeler
jscheibeler@whitecase.com
John P. Padro
jpadro@whitecase.com
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

/s/ *Bryan J. Sinclair*

Bryan J. Sinclair
bryan.sinclair@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Tel:  (650) 798-6700
Fax:  (650) 798-6701

Sanjay K. Murthy
sanjay.murthy@klgates.com
Benjamin E. Weed

Telephone: (212) 819-8200
Facsimile: (212) 354-8113

Vigen Salmastlian
vsalmastlian@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Tel: (650) 213-0300
Fax: (650) 213-8158

Attorneys for Defendant-Appellee
NEST LABS, INC.

benjamin.weed@klgates.com
Devon C. Beane
devon.beane@klgates.com
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL  60602
Tel: (312) 372-1121
Fax:  (312) 827-800

Ravi S. Deol
ravi.deol@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX  75201
Tel:  (214) 939-5500
Fax:  (214) 939-5849

ATTORNEYS FOR PLAINTIFF-
APPELLANT BRK BRANDS, INC.

/s/ *Lynn J. Alstadt*
Lynn J. Alstadt
lynn.alstadt@bipc.com
Craig G. Cochenour
craig.cochenour@bipc.com
BUCHANAN INGERSOLL &
ROONEY P.C.
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania  15219
Tel:  (412) 562-8800
Fax:  (412) 562-1041

ATTORNEYS FOR PLAINTIFF-
APPELLANT GARY J. MORRIS,
PH.D.

## <u>DECLARATION OF GOOD CAUSE</u>

I, Bryan J. Sinclair, declare:

1.      I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of K&L Gates LLP.  I have personal knowledge of the facts hereafter stated, and if called and sworn as a witness, could testify competently thereto.  I make this declaration in support of this joint motion to allow for a 30-day extension of time to file appellants' Initial Brief and a 17-day extension of time to file appellee's Initial Brief.

2.      <u>Nature of Appeal</u>:  This appeal arises from a patent lawsuit.

3.      <u>Good Cause</u>:  There is good cause for this extension of time.  The parties continue to actively pursue efforts to settle this litigation.

4.      <u>Opposing Counsel Position</u>:  Counsel for Appellee Nest Labs, Inc. have stated that they do not oppose this requested extension.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed this 28th day of October, 2014 at Palo Alto, California.

/s/ *Bryan J. Sinclair*
Bryan J. Sinclair

## **DECLARATION OF GOOD CAUSE**

I, Kevin X. McGann, declare:

1.      I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of White & Case LLP.  I have personal knowledge of the facts hereafter stated, and if called and sworn as a witness, could testify competently thereto.  I make this declaration in support of this joint motion to allow for a 30-day extension of time to file appellants' Initial Brief and a 17-day extension of time to file appellee's Initial Brief.

2.      <u>Nature of Appeal</u>:  This appeal arises from a patent lawsuit.

3.      <u>Good Cause</u>:  There is good cause for this extension of time.  The parties continue to actively pursue efforts to settle this litigation.

4.      <u>Opposing Counsel Position</u>:  Counsel for Appellants BRK Brands, Inc. and Gary J. Morris, Ph.D. have consented to this requested extension.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed this 28th day of October, 2014 at New York, New York.

/s/ *Kevin X. McGann*

Kevin X. McGann

## CERTIFICATE OF INTEREST

Counsel for Appellant BRK Brands, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

    BRK Brands, Inc.

2. The name of the real party in interest represented by me is:

    None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Jarden Corporation.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Bryan J. Sinclair, Sanjay K. Murthy, Michael J. Abernathy, Benjamin E.

Weed, Devon C. Beane, Ravi S. Deol of K&L Gates LLP.


Dated:  October 28, 2014                    /s/ *Bryan J. Sinclair*
                                            _____
                                            Signature of counsel

                                            Bryan J. Sinclair
                                            _____
                                            Printed Name of counsel

## CERTIFICATE OF INTEREST

Counsel for Appellant Gary J. Morris, Ph.D. certifies the following:

1. The full name of every party or amicus represented by me is:

    Gary J. Morris, Ph.D.

2. The name of the real party in interest represented by me is:

    None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Buchanan Ingersoll & Rooney PC - Lynn J. Alstadt, Craig G. Cochenour;

K&L Gates LLP - Bryan J. Sinclair, Sanjay K. Murthy, Michael J. Abernathy,

Benjamin E. Weed, Devon C. Beane, Ravi S. Deol.


Dated:  October 28, 2014                    /s/ *Lynn J. Alstadt*
                                            Signature of counsel

                                            Lynn J. Alstadt
                                            Printed Name of counsel

# CERTIFICATE OF INTEREST

Counsel for Appellee Nest Labs, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   Nest Labs, Inc.

2. The name of the real party in interest represented by me is:

   Nest Labs, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Nest Labs, Inc. is a wholly owned subsidiary of Google Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   White & Case LLP - Kevin X. McGann, Jeffrey J. Oelke, John P.

Scheibeler, John P. Padro, Vigen Salmastlian; Baker & Hostetler LLP- John

Letchinger, Frank Blechschmidt; Kirkland & Ellis LLP- Marcus E. Sernel, David

Rokach, Reid P. Heufner, Louis A. Klapp.


Dated:  October 28, 2014                   /s/ *Kevin X. McGann*
                                           _____
                                           Signature of counsel

                                           Kevin X. McGann
                                           _____
                                           Printed Name of counsel

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on
by:

Oct 28, 2014

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

Bryan J. Sinclair

/s/ Bryan J. Sinclair

Name of Counsel                                 Signature of Counsel

Law Firm   K&L Gates LLP

Address   630 Hansen Way

City, State, ZIP   Palo Alto, CA 94304

Telephone Number   650-798-6700

FAX Number   650-798-6701

E-mail Address   bryan.sinclair@klgates.com

NOTE: For attorneys filing documents electronically, the name of the filer
under whose log-in and password a document is submitted must be preceded
by an "/s/" and typed in the space where the signature would otherwise appear.
Graphic and other electronic signatures are discouraged.