NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRK BRANDS, INC. AND GARY J. MORRIS, PH.D.,**
*Plaintiffs-Appellants,*

v.

**NEST LABS, INC.,**
*Defendant-Appellee.*

---

2014-1666

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:13-cv-07900, Circuit Judge Richard A. Posner.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time, until December 8, 2014, for appellants to file their principal brief, and for an extension of time, until February 5, 2015, for the appellee to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27