NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRK BRANDS, INC., GARY J. MORRIS, Ph.D.,**
*Plaintiffs - Appellants*

v.

**NEST LABS, INC.,**
*Defendant - Appellee*

---

14-1666

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 1:13-cv-07900 Circuit Judge Richard A. Posner

---

ON MOTION

O R D E R

Upon consideration of the Appellants', BRK Brands, Inc. and Gary J. Morris, and the Appellee's, Nest Labs, Inc. joint motion to extend time to the appellant's principal brief and the appellee's responsive brief

IT IS ORDERED THAT:

The motion is granted. The appellant's brief is due on January 22, 2015 and the appellee's brief is due on March 26, 2015.

                                          FOR THE COURT

December 2, 2014               /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court